AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 26 2018

Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Deyanira SAUCILLO-Arriaga<br>DOB: 1980 COC: Mexico<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-18- 1108-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 25, 2018 _____ in the county of _____ Hidalgo _____ in the _____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(5)(B) | Unlawful possession of a firearm or ammunition, in and affecting interstate and foreign commerce, by an alien who has been admitted to the United States under a nonimmigrant visa; To Wit; TulAmmo .357 ammunition. |

This criminal complaint is based on these facts:

(See ATTACHMENT A as a continuation)

☑ Continued on the attached sheet.

_____
Complainant's signature

Steven Medrano - ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/26/2018

_____
Judge's signature

City and state:  McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 02/09) Criminal Complaint

# ATTACHMENT A

The facts establishing the foregoing issuance of an arrest warrant are based on the following:

I, Special Agent Steven Medrano, affiant, do hereby depose and state the following:

1. I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a law enforcement officer for over seven years. My duties include the investigation of violations of the federal firearms laws. I know it to be unlawful for any person who, being an alien and has been admitted into the United States under a non-immigrant visa to possess a firearm or ammunition. This criminal complaint is based on the following facts:

2. On May 25, 2018, ATF Special Agents (SAs), Homeland Security Investigations (HSI) SAs, with the assistance of the Texas Department of Public Safety, conducted surveillance and observed Rafael CARRRANZA-King (hereinafter referred to as CARRANZA) and Deyanira SAUCILLO-Arriaga (hereinafter referred to as SAUCILLO) load boxes of ammunition from a business located in McAllen, Texas into their vehicle displaying Mexican license plates. Surveillance agents then saw CARRANZA and SAUCILLO depart from the business and traveled to a self storage facility, located in McAllen, Texas. ATF and HSI SAs approached CARRANZA and SAUCILLO and observed multiple boxes of ammunition on the ground near their vehicle with an open trunk and open storage unit B72.

3. During a post arrest Miranda interview, CARRRANZA and SAUCILLO both admitted to knowingly possessing the aforementioned boxes containing ammunition.

4. HSI conducted a database query and confirmed that both CARRRANZA and SAUCILLO are citizens and nationals of Mexico in possession of U.S. non-immigrant visas (B1/B2). Due to CARRRANZA's and SUACILLO's non-immigrant status in the U.S.. ATF determined that CARRRANZA and SAUCILLO are prohibited from possessing ammunition, in violation of Title 18 United States Code 922(g)(5)(B).

AO 91 (Rev. 2/09) Criminal Complaint

## ATTACHMENT A

5. An ATF SA firearm nexus expert examined the ammunition and determined the .357 magnum TulAmmo ammunition was manufactured outside the state of Texas and therefore traveled in and affected interstate commerce.

_____
Steven Medrano - ATF Special Agent

**Sworn to before me and subscribed in my presence,**

05/26/2018

_____                                    _____
J. Scott Hacker, U.S. Magistrate Judge                                                    Date